**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (If known): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. Debtor's name | Maritimo Offshore PTY. LTD. | |
| 2. Debtor's unique identifier | **For non-individual debtors:** ☐ Federal Employer Identification Number (EIN) __ __ - __ __ __ __ __ __ __  ☑ Other 070000798. Describe identifier Australian Co. No.  **For individual debtors:** ☐ Social Security number: xxx – xx– ____ ____ ____ ____  ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____  ☐ Other _____. Describe identifier _____. | |
| 3. Name of foreign representative(s) | Brian Silvia and Andrew Cummins, BRI Ferrier | |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | Voluntary Administration, QLD Australia | |
| 5. Nature of the foreign proceeding | Check one:  ☑ Foreign main proceeding  ☐ Foreign nonmain proceeding  ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding | |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.  ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.  ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. Resolution of Sole Director | |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)  ☑ Yes | |

Debtor  **Maritimo Offshore PTY. LTD.**
Name

Case number (if known) _____

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

Country where the debtor has the center of its main interests:

Australia

Debtor's registered office:

15 Waterway Drive, Coomera
Number    Street

_____
P.O. Box

Queensland 4210
City    State/Province/Region    ZIP/Postal Code

Australia
Country

Individual debtor's habitual residence:

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

Address of foreign representative(s):

30/264 George Street
Number    Street

_____
P.O. Box

Sydney,    NSW,  2000
City    State/Province/Region    ZIP/Postal Code

Australia
Country

**10. Debtor's website (URL)**

www.maritimo.com.au

**11. Type of debtor**

Check one:

☑ Non-individual (check one):

  ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☑ Other. Specify: limited proprietorship

☐ Individual

Debtor __Maritimo Offshore PTY. LTD.__          Case number (if known) _____
     Name

**12. Why is venue proper in *this* district?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
__Dubois, et al. v. Maritimo, et al., 3:15 cv 01114-JAM__.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _/s/ signature_          Brian Silvia
  Signature of foreign representative          Printed name

Executed on __20 / 10 / 2016__
           MM / DD / YYYY

✗ _/s/ signature_          Andrew Cummins
  Signature of foreign representative          Printed name

Executed on __20 / 10 / 2016__
           MM / DD / YYYY

**14. Signature of attorney**

✗ _/s/ signature_          Date __10 / 21 / 2016__
  Signature of Attorney for foreign representative          MM / DD / YYYY

Matthew Beatman
Printed name

Zeisler & Zeisler, P.C.
Firm name

10 Middle Street, 15th Floor
Number   Street

Bridgeport          CT          06604
City          State          ZIP Code

(203) 368-4234          mbeatman@zeislaw.com
Contact phone          Email address

CT 08923          CT
Bar number          State

Official Form 401          Chapter 15 Petition for Recognition of a Foreign Proceeding          page 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

------------------------------------------------------------X

In re

MARITIMO OFFSHORE PTY. LTD.

Debtor in a Foreign Proceeding.

In a Case Under Chapter 15
of the Bankruptcy Code

Case No.: 16-_____(AMN)

------------------------------------------------------------X

**JOINT STATEMENT OF FOREIGN REPRESENTATIVES IDENTIFYING
ANY FOREIGN PROCEEDINGS PURSUANT TO 11 U.S.C. § 1515(c)**

As and for a joint statement, pursuant to 11 U.S.C. § 1515(c), which requires that a "petition for recognition shall also be accompanied by a statement identifying all foreign proceedings with respect to the debtor that are known to the foreign representative" Maritimo Offshore PTY. LTD. ("Maritimo" or "Debtor"), by and through their administrators ("Administrators") (Administrators appointed), and foreign representatives Brian Silvia and Andrew Cummins respectfully represent that the following list identifies that the only foreign proceedings with respect to Maritimo that are known to the Petitioners. Under the Title 11 of the U.S. Bankruptcy Code, foreign proceedings are defined as "a collective judicial or administrative proceeding in a foreign country, including an interim proceeding, under a law relating to insolvency or adjustment of debt in which proceeding the assets and affairs of the debtor are subject to control or supervision by a foreign court, for the purpose of

reorganization or liquidation." Section 101(23).

| Location | Case No. | Date Commenced |
|---|---|---|
| Voluntary Administration of Maritimo, Queensland (QLD), Australia | None -- no Court proceeding commenced as it is administrative and subject to supervision of the Australian Federal Court -- Corporations Act 2001 | October 11, 2016 |

Dated: October 20th 2016

/s/ *signature*
Brian Silvia as Administrator of Maritimo Offshore PTY LTD [Administrator Appointed]

/s/ *signature*
Andrew Cummins as Administrator of Maritimo Offshore PTY LTD [Administrator Appointed]


UNIFORM FORM CERTIFICATE OF ACKNOWLEDGMENT

State, District of Columbia, Territory, Possession, or Foreign Country _____ ) ss.:

On the 20th day of October month of the year 2016 before me, the undersigned, personally appeared of Brian Silvia personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/ capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the Australia . (Insert the city or other political subdivision and the state or country or other place the acknowledgment was taken).

_____
(Signature and office of individual taking acknowledgment)

Geoffrey Peter Granger
A Justice of the Peace in and for
The State of New South Wales
183054

UNIFORM FORM CERTIFICATE OF ACKNOWLEDGMENT

State, District of Columbia, Territory, Possession, or Foreign Country _____ ) ss.:

On the 13th day of October month of the year 2016 before me, the undersigned, personally appeared of Andrew Cummins personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/ capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the Australia. (Insert the city or other political subdivision and the state or country or other place the acknowledgment was taken).

_____
(Signature and office of individual
taking acknowledgment)

**Geoffrey Peter Granger**
A Justice of the Peace in and for
The State of New South Wales
183054

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

------------------------------------------------------------X

In re

MARITIMO OFFSHORE PTY. LTD.

        Debtor in a Foreign Proceeding.

In a Case Under Chapter 15
of the Bankruptcy Code

Case No.: 16-_____(AMN)

------------------------------------------------------------X

## CHAPTER 15 LIST OF ENTITIES PURSUANT TO SECTION 1519 IN RESPONSE TO QUESTION NO. 8 OF THE VOLUNTARY PETITION, OFFICIAL FORM 401

    1.    Maritimo Offshore PTY. LTD. ("Maritimo" or "Debtor"), by and through their administrators (Administrators appointed) and foreign representatives Brian Silvia and Andrew Cummins ("Petitioners"), as defined under § 101(24) of Title 11 of the United States Code ("Bankruptcy Code"), in the above-captioned case under Chapter 15, hereby file the following list in accordance with 1007(a)(4) of the Federal Rules of Bankruptcy Procedure ("FRBP"), which provides in pertinent part as follows:

> Unless the Court orders otherwise, a foreign representative filing a petition for recognition under Chapter 15 shall file with the petition a list containing the name and address of all administrators in foreign proceedings of the debtor, all parties to any litigation in which the debtor is a party and that is pending in the United States at the time of the filing of the petition, and all entities against whom provisional relief is sought under § 1519 of the Code.

FRBP, Rule 1007(a)(4).

**A.**    **Name and Address of Administrators Authorized to
Administer Foreign Proceedings on Behalf of Debtor**

    2.    On or about October 11, 2016, by resolution of Maritimo's Sole Director dated October 11, 2016, Maritimo commenced with a voluntary administration in Australia in which

both of the undersigned were appointed as Administrators ("Australian Voluntary Administration").

3. The duly appointed Administrators' contact information is as follows:

> Brian Silvia & Andrew Cummins
> BRI Ferrier
> 30/264 George Street
> Sydney, New South Wales, Australia, 2000
> Email: acummins@brifnsw.com.au

4. The Petitioners are aware of only one (1) foreign proceeding falling under the definition in § 101(23) of the Bankruptcy Code with regard to Maritimo. The only foreign proceeding is the Australian Voluntary Administration that is the subject of the Chapter 15 Petition filed herein.

B. **Parties to Litigation in the United States**

5. The following is a list of the names and addresses of parties to litigation involving Maritimo Offshore PTY. LTD. pending in the United States and known to the Petitioners:

> *Richard and Shelia Dubois, Michael Flors v. Maritimo Offshore PTY. LTD., Maritimo USA, Edwin Fairbanks and Fairbanks Yacht Group, LLC*, United States District Court for the District of Connecticut, New Haven, Connecticut, Case No. 3:15-CV-01114-JAM
>
> Bohonnon Law Firm, LLC
> Attn: Wynne Bohonnon, Esq. [Fed. Bar 05805]
> 195 Church Street
> New Haven, Connecticut 06510
> Phn: (203) 787-2151
> Fax: (203) 773-1427
> Email: wynne@bohonnon.com
> *Counsel for Plaintiffs Richard and Sheila Dubois, and Michael Flors*
>
> *Address of Plaintiffs Sheila A. Dubois and Richard Dubois*
>
> Richard Dubois & Sheila A. Dubois
> 265 Country Lane
> Bristol, CT 06010

*Address of Plaintiff Michael Flors*

Michael Flors
4 Acorn Lane
Unionville, CT  06085

Pullman & Comley, LLC
Attn: Eliot B. Gersten, Esq. (ct05213)
Attn: Jonathan A. Kaplan, Esq. (ct27126)
90 State House Square
Hartford, CT 06103
Telephone: (860) 424-4300
Facsimile: (860) 424-4370
Email: egerstein@pullcom.com
Email: jkaplan@pullcom.com
*Counsel for Defendants Edwin Fairbanks, and
Fairbanks Yacht Group, LLC*

*Residence Address of Defendant Edwin Fairbanks*

Edwin Fairbanks
244 Maple Avenue
Old Saybrook, CT  06475

*Business Address of Defendant Fairbanks Yacht Group, LLC*

Fairbanks Yacht Group, LLC
Attn: Edwin R. Fairbanks/Member/Mgr.
140 Ferry Road
Old Saybrook, CT  06475

*Registered Agent Address for Defendant Fairbanks Yacht Group, LLC*

Edwin R. Fairbanks
Member/Registered Agent of Fairbanks Yacht Group, LLC
244 Maple Avenue
Old Saybrook, CT  06475

Attn: Carol A. Crossett, Esq. (phv07860)
*Attorneys for Defendant Maritimo Offshore PTY. LTD.*
(Admitted *Pro Hac Vice* as a Visiting Attorney
for Purposes of the Litigation)
Bellavia Blatt & Crossett, P.C.
200 Old Country Road, Suite 400
Mineola, NY 11501
(516) 873-3000
(516) 873-9032 (facsimile)
ccrossett@dealerlaw.com
lbellavia@dealerlaw.com

Francis D. Burke, Esq. (Local Counsel) (ct18688)
*(Local Counsel for Defendant Maritimo Offshore PTY. LTD.*
Mangines & Burke, LLC
41 North Main Street, Suite 204
West Hartford, CT 06017
phone: (860) 233-1000
facsimile: (860) 523-9235
fburke@aol.com

6. Other than the parties to the litigation in the United States hereinabove, there are no other known creditors of Maritimo in the United States. See attached Master Service List hereinbelow (Exhibit "A").

Brian Silvia and Andrew Cummins hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the information set forth hereinabove is, to the best of my knowledge, information and belief, complete and correct.

Executed this 20th day
of October, 2016 in Australia

_____
Brian Silvia as Administrator of Maritimo Offshore
PTY. LTD. (Administrator appointed)

_____
Andrew Cummins as Administrator of Maritimo Offshore
PTY. LTD. (Administrator appointed)

UNIFORM FORM CERTIFICATE OF ACKNOWLEDGMENT

State, District of Columbia, Territory, Possession, or Foreign Country
_____) ss.:

On the 20th day of October month of the year 2016 before me, the undersigned, personally appeared Brian Silvia personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/ capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the State of New South Wales, Australia.

_____        **Geoffrey Peter Granger**
(Signature and office of individual       A Justice of the Peace in and for
taking acknowledgment)                    The State of New South Wales
                                          183054

UNIFORM FORM CERTIFICATE OF ACKNOWLEDGMENT

State, District of Columbia, Territory, Possession, or Foreign Country
_____) ss.:

On the 20th day of October month of the year 2016 before me, the undersigned, personally appeared Andrew Cummins personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their/ capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in the State of New South Wales, Australia.

_____        **Geoffrey Peter Granger**
(Signature and office of individual       A Justice of the Peace in and for
taking acknowledgment)                    The State of New South Wales
                                          183054

## **EXHIBIT A**

5

## MASTER SERVICE LIST

*Administrators of Maritimo Offshore PTY. LTD.*

    Brian Silvia & Andrew Cummins
    BRI Ferrier 30/264 George Street
    Sydney, New South Wales, Australia, 2000
    Email: acummins@brifnsw.com.au

*Counsel for Maritimo Offshore PTY. LTD. – Chapter 15*

    Matthew K. Beatman, Esq.
    (Local Counsel – Fed. Bar No. ct08923)
    Zeisler & Zeisler, P.C.
    10 Middle Street
    15th Floor
    Bridgeport, CT 06604
    Tel: (203) 368-4234
    Fax: (203) 549-0889
    Email: mbeatman@zeislaw.com

    Carol A. Crossett, Esq. (phv07860 for District Court in Conn.)
    (Pending motion for pro hac vice
    For Purposes of Chapter 15)
    Bellavia Blatt & Crossett, P.C.
    Attorneys for Maritimo Offshore PTY. LTD.
    200 Old Country Road, Suite 400
    Mineola, NY 11501
    Tel: (516) 873-3000
    Fax: (516) 873-9032
    Email: ccrossett@dealerlaw.com

Re: *Dubois, et al. v. Maritimo Offshore PTY. LTD., et al.*, Case No. 3:15-cv-01114-JAM.

    *Counsel for Richard Dubois, Shelia Dubois and Michael Flors*

    Bohonnon Law Firm, LLC
    Attn: Wynne Bohonnon, Esq. (Fed. Bar 05805)
    195 Church Street
    New Haven, Connecticut 06510
    Tele: (203) 787-2151
    Fax: (203) 773-1427
    Email: wynne@bohonnon.com

    *Address of Plaintiffs Sheila A. Dubois and Richard Dubois*

    Richard Dubois & Sheila A. Dubois

265 Country Lane
Bristol, CT 06010

*Address of Plaintiff Michael Flors*

Michael Flors
4 Acorn Lane
Unionville, CT 06085

*Counsel for Edwin Fairbanks & Fairbanks Yacht Group, LLC*

Pullman & Comley, LLC
Eliot B. Gersten, Esq. (ct05213)
Jonathan A. Kaplan, Esq. (ct27126)
90 State House Square
Hartford, CT 06103
Tele: (860) 424-4300
Fax: (860) 424-4370
Email: egerstein@pullcom.com
Email: jkaplan@pullcom.com

*Residence Address of Defendant Edwin Fairbanks*

Edwin Fairbanks
244 Maple Avenue
Old Saybrook, CT 06475

*Business Address of Defendant Fairbanks Yacht Group, LLC*

Fairbanks Yacht Group, LLC
Attn: Edwin R. Fairbanks/Member/Mgr.
140 Ferry Road
Old Saybrook, CT 06475

*Registered Agent Address for Defendant Fairbanks Yacht Group, LLC*

Edwin R. Fairbanks
Member/Registered Agent of Fairbanks Yacht Group, LLC
244 Maple Avenue
Old Saybrook, CT 06475

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

------------------------------------------------------------------------X

In re

MARITIMO OFFSHORE PTY. LTD.

                Debtor in a Foreign Proceeding.

In a Case Under Chapter 15 of the Bankruptcy Code

Case No.: 16- _____ (AMN)

------------------------------------------------------------------------X

# CORPORATE OWNERSHIP STATEMENT PURSUANT TO THE
# FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1)

Maritimo Offshore PTY. LTD. ("Maritimo" or "Debtor"), by and through their administrators (Administrators appointed) and foreign representatives Brian Silvia and Andrew Cummins ("Petitioners"), for purposes of the Australian Voluntary Administration hereby files two (2) copies of the corporate ownership statement pursuant to and as required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, and state the following with respect to Maritimo:

> Maritimo is a limited proprietary company formed in Australia in 1995 and is registered as a private company not publicly traded on the Australian Stock Exchange; and; the following entities own 10% or more of any class of the equity of Maritimo Offshore PTY LTD.:
>
> > Maritimo Properties Pty. Ltd. As *Trustee* For The Barry-Cotter Trust #4 which owns 100% of the shares in the Debtor, Maritimo Offshore PTY. LTD.

Dated:  Bridgeport, Connecticut
        October 21, 2016

        Maritimo Offshore PTY, LTD.

        By:    ___/s/ Matthew K. Beatman_____
                Matthew K. Beatman, Esq.
                ZEISLER & ZEISLER, P.C. (ct08923)
                10 Middle Street
                15th Floor
                Bridgeport, CT  06604
                Tel: (203) 368-4234
                Fax: (203) 549-0889
                Email: mbeatman@zeislaw.com

Carol A. Crossett, Esq. (phv07860 for District Court in Conn.)
(motion for pro hac vice to be filed
for Purposes of Chapter 15)
200 Old Country Road, Suite 400
Mineola, NY 11501
Tele: (516) 873-3000
Fax: (516) 873-9032
Email: ccrossett@dealerlaw.com

2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

------------------------------------------------------------------------X

In re

MARITIMO OFFSHORE PTY. LTD.

                Debtor in a Foreign Proceeding.

In a Case Under Chapter 15 of the Bankruptcy Code

Case No.: 16- _____(AMN)

------------------------------------------------------------------------X

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1)**

Maritimo Offshore PTY. LTD. ("Maritimo" or "Debtor"), by and through their administrators (Administrators appointed) and foreign representatives Brian Silvia and Andrew Cummins ("Petitioners"), for purposes of the Australian Voluntary Administration hereby files two (2) copies of the corporate ownership statement pursuant to and as required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, and state the following with respect to Maritimo:

> Maritimo is a limited proprietary company formed in Australia in 1995 and is registered as a private company not publicly traded on the Australian Stock Exchange; and; the following entities own 10% or more of any class of the equity of Maritimo Offshore PTY LTD.:
>
>> Maritimo Properties Pty. Ltd. As *Trustee* For The Barry-Cotter Trust #4 which owns 100% of the shares in the Debtor, Maritimo Offshore PTY. LTD.

Dated: Bridgeport, Connecticut
October 21, 2016

                                 Maritimo Offshore PTY, LTD.

                                 By:     /s/ Matthew K. Beatman
                                          Matthew K. Beatman, Esq.
                                          ZEISLER & ZEISLER, P.C. (ct08923)
                                          10 Middle Street
                                          15th Floor
                                          Bridgeport, CT  06604
                                          Tel: (203) 368-4234
                                          Fax: (203) 549-0889
                                          Email: mbeatman@zeislaw.com

Carol A. Crossett, Esq. (phv07860 for District Court in Conn.)
(motion for pro hac vice to be filed
for Purposes of Chapter 15)
200 Old Country Road, Suite 400
Mineola, NY 11501
Tele: (516) 873-3000
Fax: (516) 873-9032
Email: ccrossett@dealerlaw.com